FILED

2018 AUG 13 PM 3:44

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHAWANA SANDERS and KENYATTA WILLIAMS, on their own and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL RADAR ACQUISITION, LLC d/b/a GLOBAL HR RESEARCH, f/k/a RADAR POST-CLOSING HOLDING COMPANY, INC. f/k/a GLOBAL HR RESEARCH, INC.,<br><br>Defendant. | Case No. _____<br><br>Removal from Circuit Court of Lee County, Florida<br>Case No.: 18-CA-3221<br><br>2:18-cv-555-FtM-99CM |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Global Radar Acquisition, LLC d/b/a Global HR Research ("Global HR" or "Defendant"), by and through its attorneys, Henderson, Franklin, Starnes & Holt, P.A. and Seyfarth Shaw LLP, files this Notice of Removal with respect to Case No. 18-CA-3221, filed in the Circuit Court of Twentieth Judicial Circuit, Lee County, Florida. In support of this Notice, Global HR states as follows:

1. On July 11, 2018, Plaintiffs Shawana Sanders and Kenyatta Williams filed a purported class action Complaint in the Circuit Court of the Twentieth Judicial Circuit for Lee County, Florida, entitled *Shawana Sanders and Kenyatta Williams, et al. v. Global Radar Acquisition d/b/a Global HR Research.*, Case No. 18-CA-3221. True and accurate copies of all process, pleadings, and orders are attached hereto as Exhibit A.

2. On July 24, 2018, Plaintiffs served Global HR with a summons and a copy of the Complaint. *See* Ex. A.

48242965v.1

3. In accordance with 28 U.S.C. § 1446(b), Global HR filed this Notice of Removal within thirty (30) days of the purported date on which the Complaint was served.

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because this District and division embrace the place where the action was filed.

5. Written notice of the filing of this Notice of Removal is being delivered to Plaintiffs through their counsel of record. A copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of Lee County, Florida.

6. Under 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action because Plaintiffs assert a claim under federal law. In their Complaint, Plaintiffs claim that Defendant violated the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* *See* Compl. p. 1 & ¶¶ 6-10, 17-58.

8. Because Plaintiffs assert a claim under the laws of the United States, this Court has original federal question jurisdiction over Plaintiff's action. Accordingly, removal of Plaintiff's Complaint is proper pursuant to 28 U.S.C. § 1331.

9. By filing this Notice of Removal, Global HR does not concede nor waive any defense to this action, including that Plaintiffs lack standing to bring this action and that this Court does not have personal jurisdiction over Defendant as to some or all of the putative class members. Global HR reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, Global HR respectfully removes this action from the Circuit Court of Lee County, Florida, to the United States District Court for the Middle District of Florida.

DATED: August 13, 2018                    Respectfully submitted,

                                              GLOBAL HR RESEARCH, INC.

                                              By  _____
                                                    Richard B. Akin, II
                                                    Florida Bar No. 0068112

Richard B. Akin  
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.  
1715 Monroe Street  
P.O. Box 280  
Fort Myers, FL 33902  
Telephone: (239) 344-1100  
Richard.akin@henlaw.com

Pamela Q. Devata*  
John W. Drury*  
Seyfarth Shaw LLP  
233 South Wacker Drive  
Suite 8000  
Chicago, Illinois 60606  
(312) 460-5000

*request for pro hac vice admission to be submitted

## CERTIFICATE OF SERVICE

I, Richard Akin, an attorney, certify that I caused a copy of the attached **NOTICE OF REMOVAL** to be served by Federal Express and through the Court's CM/ECF system, on August 13, 2018, upon the following counsel of record:

>Marc Edelman
>201 N. Franklin Street, #700
>Tampa, FL 33602
>Medelman@forthepeople.com
>
>C. Ryan Morgan
>P.O. Box 4979
>Orlando, FL 33802
>RMorgan@forthepeople.com
>
>Andrew Frisch
>600 North Pine Island Road
>Suite 400
>Plantation, FL 33324
>AFrisch@forthepeople.com

_____
Richard Akin