```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

SHAWANA SANDERS, on their own and on behalf of all similarly situated individuals and KENYATTA WILLIAMS, on their own and on behalf of all similarly situated individuals,

      Plaintiffs,

v.                         Case No:  2:18-cv-555-FtM-99NPM

GLOBAL RADAR ACQUISTION, LLC,

      Defendant.
_____

## ORDER

This matter comes before the Court on the parties' Consent Motion for Final Approval of Class Action Settlement (Doc. #49) filed on October 17, 2019.  The parties sought final approval of the settlement terms as fair and reasonable with zero objections and one class member opting out of the settlement.  The parties appeared before the undersigned on November 12, 2019, for the final hearing.  (Doc. #48.)

The Court approves the settlement agreement as set forth in the Amended Proposed Order Granting Final Approval to Class Action Settlement, Awarding Service Awards, Expenses and Attorneys' Fees, and Final Judgment (Doc. #51-1) to be issued, including the release provisions incorporated therein.

Accordingly, it is hereby

**ORDERED:**

1. The parties' Consent Motion for Final Approval of Class Action Settlement (Doc. #49) is **GRANTED.** A separate Order Granting Final Approval to Class Action Settlement, Awarding Service Awards, Expenses and Attorneys' Fees, and Final Judgment will be issued.

2. The Clerk shall enter judgment subject to the terms of the Order Granting Final Approval to Class Action Settlement, Awarding Service Awards, Expenses and Attorneys' Fees, and Final Judgment as attached. The Clerk shall attach a copy of the Order Granting Final Approval to Class Action Settlement, Awarding Service Awards, Expenses and Attorneys' Fees, and Final Judgment to the judgment, terminate all pending deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __12th__ day of November, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record